IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:19-CV-00936-WJM

LAURIE PACHL

    Plaintiff

vs.

JHCH PROPERTIES LLC, A FOREIGN LIMITED LIABILITY COMPANY

    Defendant

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, through undersigned counsel, and hereby notifies the Court that this matter is to be dismissed <u>without</u> prejudice.

DATED this 7th day of June, 2019.

                        Respectfully submitted,

                        s/John Astuno, Jr.
                        John Astuno, Jr.
                        1290 Broadway #600
                        Denver, CO 80203
                        303-861-7636
                        E-Mail: johnastuno@earthlink.net
                        Attorney for Plaintiff